**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| SAMSON WOUBETU, | ) | |
| | ) | |
| *Plaintiff*, | ) | |
| | ) | |
| v. | ) | Civil Action No. 23-0945  (UNA) |
| | ) | |
| PAT HANDY LEGACY SHELTER, *et al.*, | ) | |
| | ) | |
| *Defendants*. | ) | |

## MEMORANDUM OPINION

This matter is before the Court on consideration of plaintiff's application to proceed *in forma pauperis* and *pro se* complaint.  The Court grants the application and, for the reasons discussed below, the dismisses the complaint.

A *pro se* litigant's pleading is held to less stringent standards than would be applied to a formal pleading drafted by lawyer.  *See Haines v. Kerner*, 404 U.S. 519, 520 (1972).  Even *pro se* litigants, however, must comply with the Federal Rules of Civil Procedure.  *Jarrell v. Tisch*, 656 F. Supp. 237, 239 (D.D.C. 1987).  Rule 8 of the Federal Rules of Civil Procedure requires that a complaint contain a short and plain statement of the grounds upon which the Court's jurisdiction depends, a short and plain statement of the claim showing that the pleader is entitled to relief, and a demand for judgment for the relief the pleader seeks.  Fed. R. Civ. P. 8(a).  The purpose of the minimum standard of Rule 8 is to give fair notice to the defendants of the claim being asserted, sufficient to prepare a responsive answer, to prepare an adequate defense, and to determine whether the doctrine of *res judicata* applies.  *Brown v. Califano*, 75 F.R.D. 497, 498 (D.D.C. 1977).

Plaintiff, who currently resides at a homeless shelter, alleges that another resident stole his pants as well as the cash and keys in the pockets.  *See* Compl. at 1.  He further alleges that shelter staff refused to help him with this incident and another incident where plaintiff's Bible, books, jacket and papers were stolen.  *See id*.  Missing from the complaint is a statement establishing a basis for this Court's jurisdiction.  This defect, along with the complaint's failure make a clear statement of claim and demand for relief, warrant dismissal of the complaint for failure to comply with the minimum pleading standard set forth in Rule 8(a).

A separate order will issue.

/s/
TANYA S. CHUTKAN
DATE: April 20, 2023            United States District Judge